IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAUREN W.** | : | |
|     **Plaintiff** | : | |
| | : | CIVIL ACTION NO. 02-CV-4775 |
| v. | : | |
| | : | |
| **BOARD OF EDUCATION OF THE** | : | |
| **RADNOR TOWNSHIP SCHOOL** | : | |
| **DISTRICT** | : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter our appearance on behalf of Defendant, Board of Education of the Radnor Township School District, in the above-captioned matter.

    Respectfully submitted:

    SWEET, STEVENS, TUCKER & KATZ LLP

Date: July 22, 2002    By:_____
    **Ellis H. Katz,** Attorney I.D. No. 34835
    **Jason R. Wiley,** Attorney I.D. No. 79874
    331 Butler Avenue, P.O. Box 5069
    New Britain, Pennsylvania 18901
    215-345-9111

    Attorneys for Defendant,
    Board of Education of the Radnor Township
    School District

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LAUREN W.** : | |
|     **Plaintiff** : | |
| : | **CIVIL ACTION NO. 02-CV-4775** |
| v. : | |
| : | |
| **BOARD OF EDUCATION OF THE** : | |
| **RADNOR TOWNSHIP SCHOOL** : | |
| **DISTRICT** : | |

## CERTIFICATE OF SERVICE

I, Jason R. Wiley, Esquire, counsel for Defendant, Board of Education of the Radnor Township School District, hereby certify that a true and correct copy of the foregoing Entry of Appearance was forwarded to the following counsel at the following address, via facsimile and U.S. Mail on this date:

Catherine Merino Reisman, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109-1099

                                            **SWEET, STEVENS, TUCKER & KATZ LLP**

Date: <u>July 22, 2002</u>                      By:_____
                                                   **Jason R. Wiley, Esquire,** Atty. I.D. No.  79874
                                                    331 Butler Avenue, P.O. Box  5069
                                                   New Britain, Pennsylvania  18901 215-345-9111

                                                   Attorney for Defendant,
                                                   Board of Education of the Radnor Township
                                                   School District