IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREN W., ET AL | CIVIL ACTION |
| VS. | NO. 02-4775 |
| BOARD OF EDUCATION OF THE RADNOR TOWNSHIP SCHOOL DISTRICT | |

**ORDER**

AND NOW, this 8th of AUGUST, 2002, in accordance with the court's procedure for random reassignment, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Herbert J. Hutton to the Honorable Legrome D. Davis.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court