IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAUREN W.,
        Plaintiffs                 : CIVIL ACTION

                                    :

    vs.                               :

                                      : NO. 02-4775

RADNOR TOWNSHIP SCHOOL DISTRICT
        Defendant.

## NOTICE

    Please be advised that a status conference in the above-captioned case will be held on Friday, August 16, 2002 at 11:00 a.m. before the Honorable Legrome Davis in Room 5918.

    If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office, who should be as familiar as is feasible with the case and have authority from the client and an evaluation of the case for settlement purposes, should appear at the conference.

    Failure to comply with this directive may result in the imposition of sanctions.

    The conference will be continued to another date only in exceptional cases.

                                               Very truly yours,

                                               Jessica E. Johnson-Whitfield,
                                               Deputy Clerk to Legrome D. Davis
                                             267-299-7651

**Copies by fax to:**
C. Reisman, Esq.
J. Wiley, Esq.
E. Katz, Esq.
S. Jacobsen, Esq.

**8/15/02 - JW**

**Civ 4 (8/80)**

Case 2:02-cv-04775-LDD   Document 9   Filed 08/15/2002   Page 2 of 2