IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAUREN W., BY AND THROUGH HER PARENTS | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| BOARD OF EDUCATION OF THE RADNOR TOWNSHIP SCHOOL DISTRICT | : | NO. 02-CV-4775 |

**O R D E R**

AND NOW, this     day of August, 2002, following a scheduling conference with counsel, the following schedule is instituted:

1. Counsel will submit factual stipulations to the Court no later than 5:00 p.m. on Tuesday, August 20, 2002. In this submission, counsel will also identify germane disputed facts.

2. Counsel for each party will submit proposed findings of fact and conclusions of law to the Court no later than 5:00 p.m. on Tuesday, August 26, 2002.

3. A hearing on all essential facts remaining in dispute will be conducted at 9:30 a.m. on Wednesday, August 28, 2002. At the conclusion of this evidentiary hearing, counsel will proceed to legal argument. Counsel are directed to contact Judge Davis' chambers on Tuesday, August 27, 2002 for courtroom assignment.

_____
Legrome D. Davis, Judge