## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREN W., by and through her parents, JAMES W. and JEAN W., <br>                        Plaintiffs <br><br> v. <br><br> BOARD OF EDUCATION OF THE RADNOR TOWNSHIP SCHOOL DISTRICT, <br>                        Defendant | Civil Action <br><br> No 02 – cv – 4775 |

### ORDER

AND NOW, this _____ day of _____, 2002, based upon Plaintiff's Petition for Attorney's Fees and Expenses, and Defendant's Response thereto, IT IS ORDERED that the Petition is GRANTED. The Court hereby awards to Plaintiffs attorney's fees and expenses in the amount of $26,744.01 .

                                                                                          Davis, J.

839625v1