**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
ATTORNEYS AT LAW

123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099
(215) 772-1500
FAX (215) 772-7620
FED I.D. NO. 23-0888490

|  |  |
|---|---|
| Invoice Date: | 08/20/02 |
| Invoice Number: | 515963 |
| Client Number: | 13212 |
| Matter Number: | 00002 |

James & Jean Wilson
101 South Spring Mill Road
Villanova, PA   19085

Re:   **Lauren W. v. Radnor Township School District**

### SUMMARY OF ACCOUNT

| | | |
|---|---|---:|
| Total Fees Billed This Invoice | $ | 5,301.00 |
| Total Disbursements Billed This Invoice | $ | 374.24 |
| **TOTAL AMOUNT DUE** | **$** | **5,675.24** |

### * * * REMITTANCE COPY * * *

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT.  PLEASE REMIT PAYMENT WITHIN 30 DAYS.**
We allow a 1% discount on the current bill if payment is made within 30 days from the date of the invoice.

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
ATTORNEYS AT LAW

123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099
(215) 772-1500
FAX (215) 772-7620
FED I.D. NO. 23-0888490

|  |  |
|---|---|
| Invoice Date: | 08/20/02 |
| Invoice Number: | 515963 |
| Client Number: | 13212 |
| Matter Number: | 00002 |

James & Jean Wilson
101 South Spring Mill Road
Villanova, PA   19085

Re:   **Lauren W. v. Radnor Township School District**

### SUMMARY OF ACCOUNT

| | |
|---|---|
| Total Fees Billed This Invoice | $   5,301.00 |
| Total Disbursements Billed This Invoice | $      374.24 |
| **TOTAL AMOUNT DUE** | **$   5,675.24** |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
ATTORNEYS AT LAW
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099
(215) 772-1500
FAX (215) 772-7620
FED I.D. NO. 23-0888490

| | |
|---|---|
| Invoice Date: | 08/20/02 |
| Invoice Number: | 515963 |
| Client Number: | 13212 |
| Matter Number: | 00002 |

James & Jean Wilson
101 South Spring Mill Road
Villanova, PA   19085

For Legal Services Rendered through **July 31, 2002** regarding **Lauren W. v. Radnor Township School District**:

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/02/02 | CMR | Conducting legal research for injunction pleadings | 0.60 |
| 07/11/02 | CMR | Telephone call with J. and Jm. Wilson re litigation strategy | 0.70 |
| 07/11/02 | CMR | Conducting legal research regarding federal injunction pleadings | 1.30 |
| 07/13/02 | CMR | Conducting legal research and preparing federal court pleadings | 2.00 |
| 07/16/02 | CMR | Preparing e-mail to P. Boyd re federal court litigation | 0.10 |
| 07/16/02 | CMR | Reviewing e-mail from S. Rhoads re federal court litigation | 0.10 |
| 07/16/02 | CMR | Preparing and revising complaint for injunctive relief | 1.70 |
| 07/16/02 | CMR | Conducting legal research for drafting and revision of memorandum of law in support of request for injunctive relief | 0.50 |
| 07/17/02 | CMR | Telephone call with Jm. Wilson re federal court pleadings | 0.20 |
| 07/17/02 | CMR | Preparing and revising injunction pleadings (4.5); telephone call with P. Boyd re same (.5); conducting legal research for federal pleadings (.5) | 5.50 |
| 07/17/02 | SGR | Reviewing and revising draft complaint | 0.50 |

Client: 13212                  Page 3
Matter: 00002              Invoice: 515963

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/18/02 | CMR | Revising federal court pleadings and conducting legal research | 7.50 |
| | | **TOTAL HOURS: MATTER 00002** | **20.70** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rhoads, Stephen G | 0.50 | $ 300 | 150.00 |
| Reisman, Catherine M. | 20.20 | $ 255 | 5,151.00 |
| **TOTALS: MATTER 00002** | **20.70** | | **$ 5,301.00** |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 07/19/02 | Filing Fee - Court: C & E Legal Services; Invoice#: 1005484; Date: 7/22/02 - filing, USDC | 9.00 |
| 07/19/02 | Filing Fee - Court: C & E Legal Services; Invoice#: 1005484; Date: 7/22/02 - Summons, Rador Township School | 65.00 |
| | Copying | 0.39 |
| | Legal Research | 299.85 |
| | **TOTAL DISBURSEMENTS: MATTER 00002** | **$ 374.24** |
| | **TOTAL THIS INVOICE: MATTER 00002** | **$ 5,675.24** |