**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
ATTORNEYS AT LAW

123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099
(215) 772-1500
FAX (215) 772-7620
FED I.D. NO. 23-0888490

|  |  |
|---|---|
| Invoice Date: | 09/11/02 |
| Invoice Number: | 517621 |
| Client Number: | 13212 |
| Matter Number: | 00002 |

James & Jean Wilson
101 South Spring Mill Road
Villanova, PA   19085

Re:   **Lauren W. v. Radnor Township School District**

### SUMMARY OF ACCOUNT

| | | |
|---|---|---:|
| Total Fees Billed This Invoice | $ | 14,269.50 |
| Total Disbursements Billed This Invoice | $ | 323.15 |
| **Total This Invoice** | $ | **14,592.65** |
| Prior Outstanding Balance | $ | 5,675.24 |
| **TOTAL AMOUNT DUE** | $ | **20,267.89** |

### * * * REMITTANCE COPY * * *

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT.  PLEASE REMIT PAYMENT WITHIN 30 DAYS.**
We allow a 1% discount on the current bill if payment is made within 30 days from the date of the invoice.

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
ATTORNEYS AT LAW

123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099
(215) 772-1500
FAX (215) 772-7620
FED I.D. NO. 23-0888490

|  |  |
|---|---|
| Invoice Date: | 09/11/02 |
| Invoice Number: | 517621 |
| Client Number: | 13212 |
| Matter Number: | 00002 |

James & Jean Wilson
101 South Spring Mill Road
Villanova, PA   19085

Re:   **Lauren W. v. Radnor Township School District**

### SUMMARY OF ACCOUNT

| | |
|---|---|
| Total Fees Billed This Invoice | $ 14,269.50 |
| Total Disbursements Billed This Invoice | $ 323.15 |
| **Total This Invoice** | **$ 14,592.65** |
| Prior Outstanding Balance | $ 5,675.24 |
| **TOTAL AMOUNT DUE** | **$ 20,267.89** |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
ATTORNEYS AT LAW
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099
(215) 772-1500
FAX (215) 772-7620
FED I.D. NO. 23-0888490

| | |
|---|---|
| Invoice Date: | 09/11/02 |
| Invoice Number: | 517621 |
| Client Number: | 13212 |
| Matter Number: | 00002 |

James & Jean Wilson
101 South Spring Mill Road
Villanova, PA   19085

For Legal Services Rendered through **August 31, 2002** regarding **Lauren W. v. Radnor Township School District**:

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/06/02 | CMR | Preparing correspondence to Judge Hutton re preliminary injunction hearing; telephone call with J. Wilson re same; telephone call with P. Boyd re same | 1.00 |
| 08/07/02 | CMR | Telephone call with P. Boyd re motion for temporary restraining order | 0.30 |
| 08/08/02 | CMR | Telephone call with J. Wiley; telephone call with P. Boyd; telephone call with courtroom deputy for Emergency Judge McLaughlin; preparing correspondence to Judge McLaughlin; telephone calls with J. Wilson; preparing emergency motion for immediate hearing and conducting legal research for same | 3.80 |
| 08/08/02 | CMR | Conducting legal research in preparation for conference call with Court | 0.20 |
| 08/08/02 | CMR | Telephone call with J. Wilson re status of request for emergency hearing | 0.10 |
| 08/08/02 | SGR | Reviewing motion for emergency hearing; conferring with C. Reisman re same | 0.30 |
| 08/09/02 | CMR | Conducting legal research for injunction proceeding | 0.60 |
| 08/09/02 | CMR | Telephone calls with P. Boyd re injunction proceedings | 0.90 |

Client: 13212  Page 3
Matter: 00002  Invoice: 517621

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/09/02 | CMR | Telephone call with S. Rhoads re injunction proceeding | 0.20 |
| 08/09/02 | CMR | Telephone call with. J. Wiley re potential settlement | 0.10 |
| 08/09/02 | CMR | Preparing correspondence to Judge L. Davis re scheduling injunction hearing | 0.10 |
| 08/09/02 | CMR | Telephone call with J. Wilson re case status | 0.20 |
| 08/09/02 | SGR | Telephone call with C. Reisman | 0.20 |
| 08/13/02 | CMR | Telephone call with J. and J. Wilson re status of emergency motion | 0.10 |
| 08/14/02 | CMR | Telephone call with court clerk re status of emergency motion | 0.10 |
| 08/15/02 | CMR | Telephone call with Judge Davis's chambers and Sweet Stevens Tucker and Katz re scheduling a conference | 0.20 |
| 08/15/02 | CMR | Telephone call with J. Wilson re scheduling hearing; preparing e-mail to P. Boyd re same; telephone call with S. Rhoads re same | 0.20 |
| 08/15/02 | CMR | Preparing for conference with court; reviewing e-mail from P. Boyd re same; telephone call with P. Boyd re preparing for conference | 0.50 |
| 08/15/02 | CMR | Conducting legal research in preparation for conference with Judge Davis | 0.90 |
| 08/15/02 | SGR | Telephone call with C. Reisman | 0.10 |
| 08/16/02 | CMR | Preparing for and attending conference of Judge Davis | 4.00 |
| 08/16/02 | CMR | Telephone call with P. Boyd re Draft Stipulations and preparing and revising Stipulations; preparing e-mail to opposing counsel re Draft Stipulations | 3.00 |
| 08/16/02 | CMR | Preparing e-mail to S. Rhoads re status conference with Court | 0.10 |
| 08/19/02 | CMR | Telephone call with J. and J. Wilson re status conference | 0.50 |
| 08/19/02 | CMR | Preparing and revising proposed Findings of Fact and Conclusions of Law | 2.50 |
| 08/19/02 | CMR | Telephone call with J. Wiley's office re status of draft joint stipulations | 0.10 |
| 08/19/02 | CMR | Telephone call with J. Wiley re draft Stipulations | 0.20 |
| 08/19/02 | CMR | Preparing e-mails to D. White re assistance with filings of stipulations and Proposed Findings and Conclusions | 0.30 |

Client: 13212  
Matter: 00002

Page 4  
Invoice: 517621

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/19/02 | DW | Reviewing past filings, including Verified Complaint and Memorandum of Law in Support of Preliminary Injunction; reviewing drafts of Joint Stipulations and Proposed Findings of Fact and Conclusions of Law | 2.00 |
| 08/20/02 | CMR | Preparing and revising Stipulations; telephone calls with J. Wiley and J. and J. Wilson re Stipulations | 4.40 |
| 08/20/02 | CMR | Conferring with D. White re proposed findings and conclusions; reviewing e-mails from D. White re same and preparing responses | 0.30 |
| 08/20/02 | DW | Reviewing case law re preliminary injunctions under IDEA's pendent placement provision | 2.00 |
| 08/21/02 | CMR | Telephone call with Court re filing of Exhibits to Stipulation | 0.10 |
| 08/21/02 | CMR | Telephone call with J. and J. Wilson re injunction proceedings | 0.20 |
| 08/21/02 | CMR | Conferring with D. White re preliminary injunction hearing; conferring with S. Rhoads | 0.30 |
| 08/21/02 | CMR | Telephone call with P. Boyd re preliminary injunction hearing | 0.10 |
| 08/21/02 | CMR | Telephone calls with J. and J. Wilson re preliminary injunction hearing | 0.20 |
| 08/21/02 | DW | Revising and drafting argument section for Proposed Findings of Facts and Conclusions of Law | 3.20 |
| 08/21/02 | SGR | Conferring with C. Reisman re upcoming hearing | 0.20 |
| 08/22/02 | CMR | Revising proposed findings and conclusions | 0.50 |
| 08/22/02 | CMR | Revising proposed findings of fact and conclusions of law and conferring with D. White re same | 4.10 |
| 08/22/02 | DW | Cite-checking Proposed Findings of Facts and Conclusions of Law | 1.70 |
| 08/23/02 | CMR | Revising proposed findings of fact and conclusions of law | 2.50 |
| 08/25/02 | CMR | Revising proposed findings of fact and conclusions of law | 2.00 |
| 08/26/02 | DW | Revising Proposed Findings of Facts and Conclusions of Law and filing same; telephone call with J. Wiley re Radnor's Proposed Findings of Facts and Conclusions of Law | 1.20 |
| 08/27/02 | CMR | Telephone conference with P. Boyd re hearing | 0.50 |
| 08/28/02 | CMR | Prepare for and attend hearing before Judge Davis | 7.50 |

Client: 13212 Page 5
Matter: 00002 Invoice: 517621

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/28/02 | DW | Preparing for and attending preliminary injunction in federal court | 6.00 |
| 08/29/02 | DW | Various telephone calls to and from P. Boyd, J. Wiley, C. Reisman and J. Wilson; conference call with Judge Davis and J. Wiley; research concerning filing of emergency appeal to Third Circuit | 2.50 |
| 08/30/02 | DW | Various telephone calls to and between P. Boyd, C. Reisman and J. Wilson and chambers of J. Davis | 2.00 |

**TOTAL HOURS: MATTER 00002**     **64.30**

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rhoads, Stephen G | 0.80 | $ 300 | 240.00 |
| Reisman, Catherine M. | 42.90 | $ 255 | 10,939.50 |
| White, Danielle | 20.60 | $ 150 | 3,090.00 |
| **TOTALS: MATTER 00002** | **64.30** | | **$ 14,269.50** |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 07/25/02 | Filing Fee - Court: C & E Legal Services; Invoice#: RP1005503; Date: 7/29/02 - filing, USDC | 9.00 |
| 07/31/02 | Delivery Service: Timecycle Courier; Invoice#: 1012310308; Date: 7/31/02 - 7/18/02 District Court US 601 Market St | 16.98 |
| 08/08/02 | Filing Fee - Court: C & E Legal Services; Invoice#: RP1005554; Date: 8/12/02 - filing, USDC | 9.00 |
| 08/12/02 | Delivery Service: Road Runner Courier Service, Inc; Invoice#: 6684; Date: 8/9/02 | 33.00 |
| 08/31/02 | Filing Fee - Court: Clerk, U S District Court; Request#: 183491; Date: 8/31/02 complaint | 150.00 |
| | Copying | 50.70 |
| | Postage | 4.79 |
| | Telephone | 41.93 |
| | Federal Express | 7.75 |

**TOTAL DISBURSEMENTS: MATTER 00002**     **$ 323.15**

Client: 13212  
Matter: 00002  

Page 6  
Invoice: 517621

**TOTAL THIS INVOICE: MATTER 00002**                $        14,592.65