**MATTER FEE DETAIL:** (00002) LAUREN W. V. RADNOR TWP. SCHOOL DISTRICT

| | ID No. | Date | Atty | Description | Hours | Fees |
|---|---|---|---|---|---|---|
| T | 2370560 | 08/21/02 | Reisman | Conferring with S. Rhoads re status of federal proceedings | 0.20 | 51.00 |
| | 2378993 | 09/03/02 | Reisman | Telephone call with J. Wiley re payment for Hill Top | 0.10 | 25.50 |
| | 2378994 | 09/03/02 | Reisman | Telephone call with J. Wilson re payment for Hill Top; telephone call with G. Gillespie (business manager at Hill Top) re school district's payment for Hill Top | 0.20 | 51.00 |
| | 2380140 | 09/05/02 | Rhoads | Conferring with C. Reisman re further proceedings | 0.20 | 60.00 |
| | 2386751 | 09/10/02 | White | Various telephone calls with Jean Wilson and S. Jacobson re tuition payment | 0.40 | 60.00 |
| | 2386761 | 09/11/02 | White | Various telephone calls with J. Wilson, C. Reisman, and J. Wiley re tuition payment; telephone calls with C. Gillespie of Hilltop; letters to J. Wiley re Motion for Contempt | 1.10 | 165.00 |
| | 2386220 | 09/12/02 | Rhoads | Conferring with D. White re Radnor's payment of only 60% of Hilltop tuition | 0.20 | 60.00 |
| | 2387694 | 09/12/02 | White | Telephone call with C. Searles of J. Wiley's office; updating C. Reisman, P. Boyd, J. Wilson and S. Rhoads re status of tuition payment via email; letter to J. Wiley confirming that full amount of tuition is due; various phone calls to C. Reisman and J. Wilson | 0.80 | 120.00 |
| | 2387330 | 09/13/02 | Rhoads | Conferring with C. Reisman and D. White re response to Radnor's payment letter | 0.30 | 90.00 |
| | 2387701 | 09/13/02 | White | Meeting with S. Rhoads re J. Wiley's September 12, 2002 letter | 0.20 | 30.00 |
| | 2387702 | 09/13/02 | White | Drafting and faxing letter to J. Wiley confirming our acceptance of payment on 12/1/02 and clarifying client's position | 0.20 | 30.00 |
| | 2387704 | 09/13/02 | White | Forwarding Davis' findings of facts and conclusions of law to J. Wilson and P. Boyd via email | 0.10 | 15.00 |
| | 2389581 | 09/18/02 | Reisman | Telephone call with J. Wilson re fee petition | 0.10 | 25.50 |
| | 2389582 | 09/18/02 | Reisman | Preparing and revising fee petition and supporting memo of law | 0.60 | 153.00 |

**MATTER FEE DETAIL:  (00002) LAUREN W. V. RADNOR TWP. SCHOOL DISTRICT**

| ID No. | Date | Atty | Description | Hours | Fees |
|---|---|---|---|---|---|
| 2389583 | 09/18/02 | Reisman | Conducting legal research for brief in support of fee petition | 0.80 | 204.00 |
| 2390571 | 09/19/02 | Reisman | Preparing e-mails to S. Rhoads and D. White re fee petition | 0.20 | 51.00 |
| 2390574 | 09/19/02 | Reisman | Conducting legal research for fee petition | 1.00 | 255.00 |
| 2390575 | 09/19/02 | Reisman | Preparing e-mail to P. Boyd re fee petition | 0.10 | 25.50 |
| 2391728 | 09/20/02 | Reisman | Reviewing e-mail from D. White re fee petition | 0.20 | 51.00 |
| 2391910 | 09/20/02 | White | Reviewing and analyzing case re fee petition; discussing same with C. Reisman; preparing resume for fee petition | 0.50 | 75.00 |
| 2392873 | 09/23/02 | Reisman | Reviewing e-mail from P. Boyd re fee petition and preparing response | 0.20 | 51.00 |
| | | **TOTAL FEES: MATTER 00002** | | 7.70 | $ 1,648.50 |

**MATTER TIMEKEEPER SUMMARY**

| Number | Atty Name | Position | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 2920 | Rhoads, Stephen G | Partner | 300.00 | 0.70 | 210.00 |
| 7069 | Reisman, Catherine M. | Associate | 255.00 | 3.70 | 943.50 |
| 7129 | White, Danielle | Associate | 150.00 | 3.30 | 495.00 |
| | **TOTAL HOURS/FEES** | | | 7.70 | $ 1,648.50 |

**MATTER DISBURSEMENT DETAIL:  (00002) LAUREN W. V. RADNOR TWP. SCHOOL DISTRICT**

| Description | Amount |
|---|---|
| Copying | 1.43 |
| Telephone | 3.54 |
| **TOTAL DISBURSEMENTS:  MATTER 00002** | $ 4.97 |

**MATTER SUMMARY: (00002) LAUREN W. V. RADNOR TWP. SCHOOL DISTRICT**

| | Matter Totals | Edit |
|---|---|---|
| Fees | 1,648.50 | |
| Disbursements | 4.97 | |
| Matter Credit to be Applied (Available: 0.00) | 0.00 | |
| **TOTAL: MATTER 00002** | $ 1,653.47 | |