Penelope A. Boyd
225 South Church Street
West Chester, PA 19380

Invoice submitted to:
James and Jean Wilson
101 S. Spring Mill Road
Villanova PA

September 24, 2002

In Reference To: Lauren Wilson/Radnor Township BOE
Invoice # 10010

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/23/2002 | LT: Hollie John on pendency | 0.90 225.00/hr | 202.50 |
| 7/17/2002 | Draft/revise federal complaint | 0.90 225.00/hr | 202.50 |
|  | Email CMR | 0.20 225.00/hr | 45.00 |
|  | Review of case-research & discussion with co-counsel | 0.90 225.00/hr | 202.50 |
| 7/18/2002 | Draft/revise federal complaint; preparation for hearing | 1.50 225.00/hr | 337.50 |
|  | Review filings (x2 after revision) | 0.80 225.00/hr | 180.00 |
| 7/29/2002 | TF: CMR- needs extra copy of letter to Wilsons from Stinson, fax to 856-616-1229 (fax at home) | 0.20 225.00/hr | 45.00 |
| 8/9/2002 | Order re: assignment | 0.20 225.00/hr | NO CHARGE |
| 8/15/2002 | Revised fax/order | 0.30 225.00/hr | 67.50 |

Parking                                                                                         12.00

Total costs                                                                                  $75.15

James and Jean Wilson | Page 3
--- | ---
| Amount
Total amount of this bill | $4,822.65
Balance due | $4,822.65