**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LAUREN W., by and through her parents, JAMES W. and JEAN W.,<br>　　　　　　　　　　　Plaintiffs<br><br>　　　　v.<br><br>BOARD OF EDUCATION OF THE RADNOR TOWNSHIP SCHOOL DISTRICT,<br>　　　　　　　　　　　Defendant | Civil Action<br><br>No 02 – cv – 4775 |

## CERTIFICATE OF SERVICE

I, Catherine Merino Reisman, hereby certify that a true and correct copy of the foregoing Petition for Attorney's Fees and accompanying Memorandum of Law in Support of was served Electronic Case Filing on this date upon:

Jason R. Wiley, Esquire
Sweet, Stevens, Tucker & Katz, LLP
331 Butler Avenue, P.O. Box 5069
New Britain, PA  18901


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Catherine Merino Reisman

Dated:  September 26, 2002