ATTORNEYS

**SWEET · STEVENS**
**TUCKER & KATZ** LLP

PRACTICE LIMITED TO EDUCATION AND EMPLOYMENT LAW

JEFFREY T. TUCKER
ELLIS H. KATZ
JANE M. WILLIAMS
HOLLIE B. JOHN
GINA K. DePIETRO
MICHAEL J. CONNOLLY
STEPHEN J. JACOBSON
JASON R. WILEY
JOSHUA S. GANZ
KATRINA O. FILIATRAULT
ROBERT T. SONNENBERG
PETER J. SOLNICK
DREW CHRISTIAN

PAUL L. STEVENS
(1947-2001)

June 25, 2002

**VIA FACSIMILE (215) 772-7620 AND FIRST-CLASS MAIL**

Catherine Merino Reisman, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109

Re:     Lauren Wilson – Radnor Township School District
        Special Education Due Process Hearing - Our File No. 315.27

Dear Ms. Reisman:

It was nice speaking with you today. As you are aware, our law firm represents the Radnor Township School District ("District") in the above matter. This correspondence will provide you with a written offer of settlement in accordance with the Handicapped Children's Protection Act of 1986, as amended, 20 U.S.C. Sec. 1415(i)(3)(D)(i)(1)-(III) for the issues raised by the parents for the upcoming due process hearing.

Although we understand from our conversation today that you will be meeting with the parents later in the week such that there may be revisions to the parent's position, our current understanding of the issues in this matter are those as outlined in your June 18, 2002 correspondence to the Office of Dispute Resolution. As such, the following offer is limited to this understanding.

As we discussed, the District is willing to maintain pendency at the Hill Top School, where the student has been attending since the 1999-00 school year pursuant to a previous settlement agreement. As you are probably aware, the District had also forwarded similar settlement agreements to the parents' then counsel – Philip Stinson, Esq. then Penelope Boyd, Esq. - for the 2000-01 and 2001-02 school years at Hill Top, and as such, the District continues to agree to reimburse the parents for tuition paid at Hill Top for the 2000-01 and 2001-02 school years.

With respect to the upcoming school year, although the District believes that it has offered an appropriate program for the student, the District will again agree to fund the tuition costs of the student attending Hill Top for the 2002-2003 school year, including transportation which the District has been providing for the past several years. Alternatively, as the parents have also submitted an extensive list of issues that they have with the currently offered IEP, the District would also certainly be willing to meet for an IEP meeting to discuss the concerns of the parents should they so desire. Please contact our office if the parents wish to discuss their concerns at an IEP meeting.

331 E. BUTLER AVENUE • POST OFFICE BOX 5069 • NEW BRITAIN, PA 18901 • (215) 345-9111 • FAX (215) 345-1147

Please note that, under 20 U.S.C. Sec. 1415(i)(3)(D)(i)(II), your must respond to this offer within ten (10) days. If your client fails to do so, we will deem our offer rejected. Rejection of a settlement offer may effect rights that your client might otherwise have under the Handicapped Children's Protection Act of 1986 and the 1997 Amendments to the IDEA.

Although we believe the above to be a fair and reasonable compromise to the parents' issues in this matter, we do not intend to foreclose further discussion of this matter by the parties, and as we discussed earlier today, will await your response following your anticipated meeting with the parents later this week.

Please feel free to contact us if you have any questions or concerns.

Very truly yours,

Stephen J. Jacobson
For SWEET, STEVENS, TUCKER & KATZ LLP