Penelope A. Boyd
225 South Church Street
West Chester, PA 19380


Invoice submitted to:
James and Jean ‾‾
101 S. Spring Mill Road
Villanova PA


September 24, 2002

In Reference To: Lauren Wilson/Radnor Township BOE

Invoice # 10010


Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 5/23/2002 LT: Hollie John on pendency | 0.90 225.00/hr | 202.50 |
| 7/17/2002 Draft/revise federal complaint | 0.90 225.00/hr | 202.50 |
| Email CMR | 0.20 225.00/hr | 45.00 |
| Review of case-research & discussion with co-counsel | 0.90 225.00/hr | 202.50 |
| 7/18/2002 Draft/revise federal complaint; preparation for hearing | 1.50 225.00/hr | 337.50 |
| Review filings (x2 after revision) | 0.80 225.00/hr | 180.00 |
| 7/28/2002 TF: CMR- needs extra copy of letter to Wilsons from Stinson, fax to 856-818-1229 (fax al home) | 0.20 225.00/hr | 45.00 |
| 8/9/2002 Order re: assignment | 0.20 225.00/hr | NO CHARGE |
| 8/15/2002 Revised fax/order | 0.30 225.00/hr | 67.50 |

James and Jean Wilson

Page    2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/15/2002 | Email CMR re: scheduling hrg. | 0.20 225.00/hr | 45.00 |
| 8/18/2002 | Attendance at meeting with counsel and Judge Davis | 4.00 225.00/hr | 900.00 |
| 8/20/2002 | Revised stipulations | 0.30 225.00/hr | 67.50 |
| 8/21/2002 | Review final pleadings | 0.80 225.00/hr | 180.00 |
| 8/26/2002 | Phone call - Josephine Ella | 0.50 225.00/hr | 112.50 |
| | Phone call - Jean Wilson | 0.50 225.00/hr | 112.50 |
| 8/28/2002 | Attendance at hearing/settlement conference re: pendency | 6.50 225.00/hr | 1,482.50 |
| 8/30/2002 | Call from Danielle White re: order and review fax copy of the order | 0.50 225.00/hr | 112.50 |
| 9/13/2002 | Review/analyze findings of fact/final order | 0.50 225.00/hr | 112.50 |
| 9/24/2002 | Draft fee petition | 1.60 225.00/hr | 360.00 |
| | For professional services rendered | 21.30 | $4,747.50 |

Additional Charges :

| | | | Amount |
|---|---|---|---|
| 7/22/2002 | WC-Radnor-WC | | 7.75 |
| 8/16/2002 | Parking | | 12.00 |
| | WC-Phila-WC | | 21.70 |
| 8/28/2002 | WC-Phila-WC | | 21.70 |
| | Parking | | 12.00 |
| | Total costs | | $75.15 |

James and Jean Wilson

Page    **3**

<u>Amount</u>

| | Amount |
|---|---|
| Total amount of this bill | $4,822.65 |
| Balance due | $4,822.65 |