Page 2

# MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
ATTORNEYS AT LAW

123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1030
(215) 772-1500
FAX (215) 772-7620
FED I.D. NO. 23-0888480

|  |  |
|---|---|
| Invoice Date: | 07/18/02 |
| Invoice Number: | 513863 |
| Client Number: | 13212 |
| Matter Number: | 00001 |

James & Jean W
101 South Spring Mill Road
Villanova, PA   19085

For Legal Services Rendered through June 30, 2002 regarding **James and Jean W** as Parents and Natural Guardians of **Lauren** v. **Radnor Township School District**:

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/18/02 | CMR | Telephone calls with H. John re settlement proposal by School District | 0.30 |

Client: 13212  
Matter: 00001

Page 3  
Invoice: 513863

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/19/02 | CMR | Telephone call with J. W_____ re settlement response and scheduling hearing; telephone call with H. John re same | 0.20 |
| 06/26/02 | CMR | reviewing correspondence from S. Jacobson re offer of judgment (.2) | 2.90 |

10/14/2002 10:20 MMW&R → 12#00002#2157313624# NO.073 D03
Case 2:02-cv-04775-LDD   Document 21-5   Filed 10/14/2002   Page 3 of 4

Page 2

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
ATTORNEYS AT LAW

123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099
(215) 772-1500
FAX (215) 772-7620
FED I.D. NO. 23-0888490

| | |
|---|---|
| Invoice Date: | 08/20/02 |
| Invoice Number: | 515960 |
| Client Number: | 13212 |
| Matter Number: | 00001 |

James & Jean W
101 South Spring Mill Road
Villanova, PA   19085

For Legal Services Rendered through **July 31, 2002** regarding **James and Jean Wilson as Parents and Natural Guardians of Lauren W   v. Radnor Township School District**:

Date    Atty    Description                                                                 Hours

Client: 13212  
Matter: 00001

Page 3  
Invoice: 515960

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 07/15/02 | CMR | Reviewing correspondence from S. Jacobson | 0.20 |
| 07/15/02 | CMR | Telephone call with S. Jacobson re July 12 offer of judgment | 0.10 |