**CERTIFICATE OF SERVICE**

I, Catherine Merino Reisman, hereby certify that a true and correct copy of the foregoing

Reply in Further Support of Plaintiffs' Petition for Attorney's Fees and accompanying Exhibits

were served by Electronic Case Filing on this date upon:

Jason R. Wiley, Esquire
Sweet, Stevens, Tucker & Katz, LLP
331 Butler Avenue, P.O. Box 5069
New Britain, PA  18901

_____
Catherine Merino Reisman

Dated:  October 14, 2002