IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAUREN W., BY AND THROUGH HER PARENTS, | : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| | : | NO. 02-CV-4775 |
| BOARD OF EDUCATION OF THE RADNOR TOWNSHIP SCHOOL DISTRICT, | : : | |
| Defendant. | : | |

**<u>O R D E R</u>**

AND NOW, this ____ day of December, 2002, as a result of this Court's Order filed on September 12, 2002, resolving the merits of this matter, and this Court's Order filed on October 23, 2002, denying Plaintiffs' Petition for Attorney's Fees and Expenses, this matter has been terminated and the Clerk of Court is hereby directed to close this matter for statistical purposes.

BY THE COURT:


Legrome D. Davis